# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

WALTER LOPEZ-PEREZ,

        Defendant.

No.  2:09-cr-00407-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release WALTER LOPEZ-PEREZ;

Case No. 2:09-cr-00407-KJM, from custody for the following reasons:

    ___Release on Personal Recognizance

    ___Bail Posted in the Sum of $ .

          __  Unsecured Appearance Bond

          __  Appearance Bond with 10% Deposit

          __  Appearance Bond with Surety

          __  Corporate Surety Bail Bond

    __X__(Other): Time Served

Issued at Sacramento, California on ___9/24/14___, at ___11:20 a.m.___

Kimberly J. Mueller
United States District Judge